UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **(1) RESHAT ALKAYISI,** <br> **(8) EMIL DZABIEV, and** <br> **(10) PATRICK O'HEARN,** <br><br> Defendants. | Criminal No. 21-CR-10208-NMGs |

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR RESPONDING TO DEFENDANTS' MOTIONS TO SUPPRESS (DKTS. 294, 295, 298, and 302)**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby respectfully moves the Court to extend the deadline for responding to Defendants (1) Reshat Alkayisi's, (8) Emil Dzabiev's, and (10) Patrick O'Hearn's (collectively, the "Defendants") motions to suppress evidence and statements. On February 3, 2023, the Defendants filed four separate motions to suppress evidence. *See* Dkt. No. 294 (Defendant Dzabiev's Motion to Suppress; Dkt. No. 295 (Defendant O'Hearn's Motion to Suppress Evidence Seized Pursuant to Search Warrant); Dkt. No. 298 (Defendant O'Hearn's Motion to Suppress Statements); and Dkt. No. 302 (Defendant Alkayisi's Motion to Suppress Wiretap Evidence) (collectively, the "Motions"). The undersigned conferred with counsel for each of the Defendants, all of whom assented to this motion. As grounds for this motion, the Government states as follows:

1. On February 3, 2023, Defendant Emil Dzabiev filed a Motion to Suppress Evidence and Incorporated Memorandum of law, along with three exhibits to the motion. *See* Dkt. No. 294.

2. On February 3, 2023, Defendant Patrick O'Hearn filed two separate motions to suppress: (1) a Motion to Suppress Statements, along with an affidavit and accompanying Memorandum of Law; and (2) a Motion to Suppress Evidence Seized Pursuant to Search Warrant, along with an affidavit and accompanying Memorandum of Law. *See* Dkt Nos. 295, 296, 297, 298, 299, and 300.

3. On February 3, 2023, Defendant Reshat Alkayisi filed a Motion to Suppress Wiretap Evidence, as well as a memorandum of law and two affidavits in support of the motion. *See* Dkt. Nos. 302, 305, 306, and 307.

4. Each of the Motions raises different issues of fact and law.

5. Pursuant to Local Rule 7.1, the Government's responses to the Motions are all due on February 17, 2023.

6. The Government requests an additional 30 days to file its responses, so that it can fully address the issues raised in the Motions.

7. The Government conferred with counsel for the Defendants, all of whom assented to this motion.

Based on the foregoing, the Government requests that the Court extend the deadline by 30 days, and order that the Government's responses to the Defendants' Motions be due by March 17, 2023.

> Respectfully submitted,
> RACHAEL S. ROLLINS
> United States Attorney
>
> By:  /s/ *Alathea E. Porter*
> ALATHEA E. PORTER
> Assistant United States Attorney
>
> Date:  February 13, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the Court's Electronic Court Filing (ECF) system on February 13, 2023, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By: /s/ *Alathea E. Porter*
Alathea E. Porter
Assistant U.S. Attorney