UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) RESHAT ALKAYISI,<br>(3) NOAH TAVELLA,<br>(4) BRIAN KELEMAN,<br>(6) ERIC DANEAULT,<br>(7) ANDRE WATSON,<br>(8) EMIL DZABIEV,<br>(9) EDISON KLOTZ,<br>(10) PATRICK O'HEARN, and<br>(11) CHRISTINA LUA,<br><br>    Defendants | Crim. No. 21-cr-10208-NMGs |

**ASSENTED-TO MOTION TO CONTINUE TRIAL AND
MOTION FOR ORDER OF EXCLUDABLE DELAY**

Now comes the United States, through undersigned counsel, and with the assent of the defendants (1) Reshat ALKAYISI, (3) Noah TAVELLA, (4) Brian KELEMAN, (6) Eric DANEAULT, (7) Andre WATSON, (8) Emil DZABIEV, (9) Edison KLOTZ, (10) Patrick O'HEARN, and (11) Christina LUA (collectively, the "defendants"),[1] respectfully requests that the Court continue the trial date, which is currently scheduled to begin June 12, 2023, to November 6, 2023. As grounds therefore, the government states that counsel for defendants request additional time to prepare for trial and counsel for defendant DZABIEV is currently scheduled to begin another trial on May 30, 2023. Additionally, the government is aware that the parties in the matter of *United States v. Armani Tejada*, 21-cr-10099-NMG, are requesting for that matter to proceed to trial beginning June 12, 2023.

---

[1] Defendant (2) James HOLYOKE pled guilty on August 2, 2022 and (5) Robyn COSTA have pled guilty on November 29, 2022.

1

*Motion allowed.* /s/ NMGorton, USDJ  02/13/2023