UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO 21-CR-10208-NMG |
| ) | |
| EMIL DZABIEV ) | |

**PROPOSED CONDITIONS FOR RELEASE**
**OF DEFENDANT EMIL DZABIEV FROM CUSTODY**

The defendant, Emil Dzabiev, by and through his attorney, Stanley W. Norkunas, respectfully requests the Court to order the release from detention, of the defendant, on personal recognizance, under the following conditions and any other conditions the Court may deem necessary and appropriate. The United States, through Assistant United States Attorney Alathea Porter, assents to this request.

**Proposed Conditions of Release to be Imposed:**

1. The Defendant execute an unsecured bond in an amount determined by the Court to be sufficient;;

2. The Defendant reside at the family home located at 14 Independence Way, Scarborough, Maine;

3. The defendant wear a GPS ankle bracelet;

4. The defendant abide by a daily curfew starting at 9PM and ending at 6 AM the following morning;

5. The Defendant participate in any drug counseling or treatment as deemed appropriate by Pretrial Services;

6. The  Defendant submit to any random drug testing if deemed appropriate

     by Pretrial Services;

7. The defendant not violate any federal, state or local law while on pretrial release;

8. The defendant not have any contact, directly or indirectly, with any witness or potential witness in this case, except through his counsel;

9. That he appear at all times when required in court;

10. The Defendant not possess a firearms, destructive devices or dangerous weapons;

11. The Defendant surrender any United States passport he may have, and agree not to apply for a passport during the pendency of the case;

12. The Defendant not travel outside of the State of Maine without the express permission of U.S. Probation with the exception of court appearances connected with this case., conferences with his counsel and visits with his son who is ill and resides in Somerville, the latter two with 24 hour advance notice to Pretrial Services;

13. That he use his best efforts to obtain employment during the pendency of the case;

14. That he notify Pretrial Services within twenty-four hours if he is arrested or has any contact with any law enforcement officials.

**Wherefore**, the defendant requests release upon the above conditions.

Respectfully submitted
EMIL DZABIEV
by his attorney,

/s/ Stanley W. Norkunas
Stanley W. Norkunas
150 Westford Road, Unit 26
Tyngsborough, MA. 01879
(978) 454-7465
Bar No 373600
attyswn@msn.com

Certification of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies sent to those listed as non-registered participants this 18th day of February 2023

/s/ Stanley W. Norkunas
Stanley W. Norkunas