UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                               Cr. No. 21- 10208-NMG

PATRICK O'HEARN

MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Now comes James J. Cipoletta attorney of record for Patrick O'Hearn, and respectfully requests leave of court to withdraw as attorney for Patrick O'Hearn in the above-entitled case. In support hereof, counsel states that successor counsel has filed an Appearance on behalf of the defendant. [Dkt.321]

Respectfully submitted,

/s/ *James J. Cipoletta*
_____
James J. Cipoletta
MA Bar No. 084260
385 Broadway
Revere, MA 02151
781.289.7777

March 13, 2023

CERTIFICATION

I certify that this document, filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to nonregistered participants on this date.

/s/ *James J. Cipoletta*
_____