# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 21-cr-10208-NMGs |
| EMIL DZABIEV, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

The United States, by and through the undersigned Assistant United States Attorney, hereby moves this Court for leave to file exhibits to its opposition to defendant Emil Dzabiev's Motion to Suppress (Docket No. 294) under seal. In support of this motion, the government states that the exhibits contain information that is subject to a protective order entered in this case.

Dated: March 15, 2023

        Respectfully submitted,

        RACHAEL S. ROLLINS
        United States Attorney

By:   /s/ *Alathea E. Porter*
      Alathea E. Porter
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Alathea E. Porter, Assistant U.S. Attorney, do hereby certify that on March 15, 2023, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

        */s/ Alathea E. Porter*
        Alathea E. Porter
        Assistant U.S. Attorney