UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                        Docket No. 21-cr-10208-NMG

RESHAT ALKAYISI

### DEFENDANT RESHAT ALKAYISI'S MOTION TO WITHDRAW MOTION FOR DISCLOSURE OF COOPERATING WITNESSES (ECF No. 262)

Now comes Defendant Reshat Alkayisi, and moves to withdraw his Motion for Disclosure of Cooperating Witnesses (ECF No. 262).

RESHAT ALKAYISI
By his attorney

*/s/ Mark W. Shea*                             Dated:  May 11, 2023
Mark W. Shea
Shea and LaRocque, LLP
929 Massachusetts Avenue, Suite 200
Cambridge MA  02139-3134
617.577.8722
markwshea@shearock.com

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 11, 2023.

/s/ Mark W. Shea
MARK W. SHEA

3