UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                                  Docket No. 21-cr-10208-NMG

RESHAT ALKAYISI

**Defendant's Motion for Order Regarding
Access to Personal Computer to Review Digital Evidence**

The defendant, Reshat Alkayisi moves that this Honorable Court order the United States Marshal Service, and/or the Warden of the Donald W. Wyatt Detention Facility ("Wyatt"), with three hours per day of access to a personal computer at Wyatt.

The defendant is charged with conspiracy to distribute and to possess with intent to distribute drugs (Count One); possession of a firearm in furtherance of a drug trafficking offense (Count Ten); money laundering conspiracy (Count Twelve); and money laundering (Counts Thirteen and Fourteen). The case is currently set for jury trial on November 6, 2023.

Undersigned counsel has been provided with over 12,000 pages of Bates-stamped material, including copies of audio files from numerous phone calls, and mirrored copies of data from numerous cell phones, SIM cards, and desktop or laptop computers.

The Government has provided digital copies of this discovery to Wyatt for defendant's review. Defendant has been reviewing the material, but

*Motion allowed. NMGorton, USDJ 06/29/2023*