UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-10208-NMG |
| | ) | |
| RESHAT ALKAYISI, ET AL | ) | |

**DEFENDANT'S MOTION TO CONTINUE TRIAL
AND REQUEST FOR STATUS HEARING**

Now comes defendant Andre Watson and hereby moves to continue the trial of this criminal matter and requests a status hearing so that the Court may set a new trial date taking into consideration the parties' schedules.   As grounds therefore, defense counsel was recently appointed to Mr. Watson's case and does not have sufficient time before October 23, 2023, to properly review the case and prepare for trial. Additionally, defense counsel is scheduled for trial in a different criminal matter the week prior to the currently-scheduled trial date.

Defendant Andre Watson agrees that the time period resulting from this requested continuance by Mr. Watson should be excluded under 18 U.S.C. §3161(h)(7)(A), in the interests of justice. All parties assent to this request for a continuance and agree to toll the time, with the exception of defendant Eric Daneult.   Defense counsel has not yet heard back from counsel for Mr. Daneult regarding whether he assents to this request.

                                                ANDRE WATSON

                                                By his attorney,

                                                */s/ Alyssa Hackett*
                                                Alyssa Hackett, No. 676880
                                                Law Office of Alyssa T. Hackett
                                                55 Union Street, Boston, MA 02108
                                                AHackett@Hackett-Law.com 617-221-3407

## **CERTIFICATE OF SERVICE**

      I, Alyssa Hackett, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 31, 2023.

                                      */s/ Alyssa Hackett*
                                      Alyssa Hackett