UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-10208-NMG |
| ) | |
| (1) RESHAT ALKAYISI, ) | |
| Defendant. ) | |

## NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America, by its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, hereby gives notice to the Court that it will not seek criminal forfeiture of the following assets, identified in both the Drug Forfeiture Allegation and the Money Laundering Forfeiture Allegation of the Superseding Indictment, because all of the assets described below have been administratively forfeited by the Federal Bureau of Investigation, and are no longer available for forfeiture in the instant criminal case:

1. One white 2020 Jeep Cherokee, Vehicle Identification No. 1C4PJMBN5LD636017, and RI Registration No. 1AS308, seized on or about July 8, 2021, from RESHAT ALKAYISI;

2. One black 2020 Chevrolet Camaro, Vehicle Identification No. 1G1FF3D70L0146204, and RI Registration No. 1AQ443, seized on or about July 8, 2021, from RESHAT ALKAYISI;

3. $4,252.65 in U.S. currency, seized on or about July 8, 2021, from Citizens Bank General Account No. ****4811, Riverside, RI, held in the name of ALKC Corp., under the control of RESHAT ALKAYISI;

4. $42.68 in U.S. currency, seized on or about July 8, 2021, from Citizens Bank Payroll Account No. ****4803, Riverside, RI, held in the name of ALKC Corp., under the control of RESHAT ALKAYISI;

5. $601.19 in U.S. currency, seized on or about July 8, 2021, from Wells Fargo Account No. ******5826, Charlotte, NC, held in the name of RESHAT ALKAYISI;

6.     $4,648.81 in U.S. currency, seized on or about July 8, 2021, from Chase Bank Account No. *****3338, Houston, TX, held in the name of ALKC LLC, under the control of RESHAT ALKAYISI;

7.     $268.21 in U.S. currency, seized on or about July 8, 2021, from Chase Bank Account No. *****3320, Houston, TX, held in the name of ALKC LLC, under the control of RESHAT ALKAYISI;

8.     $6,689.17 in U.S. currency, seized on or about July 8, 2021, from Etrade Investments, Investment Account No. ****6798, Jersey City, NJ, held in the name of RESHAT ALKAYISI;

9.     $8,000.00 in U.S. currency, seized on or about July 8, 2021, from Building 1 at 2114 Plainfield Pike, Coventry, RI from RESHAT ALKAYISI;

10.     $70.00 in U.S. currency, seized on or about July 8, 2021, from Building 9 at 2114 Plainfield Pike, Coventry, RI from RESHAT ALKAYISI; and

11.     $39,223.00 in U.S. currency, seized on or about July 8, 2021, from Building 2 at 2114 Plainfield Pike, Coventry, RI from RESHAT ALKAYI.

In addition, the United States hereby gives notice to the Court that it will not seek criminal forfeiture of the following assets, identified in the Firearm Forfeiture Allegation of the Superseding Indictment, because all of the assets described below have been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and are no longer available for forfeiture in the instant criminal case:

12.     A Glock 9mm handgun, seized on or about July 8, 2021, from Building 4 at 2114 Plainfield Pike, Coventry, RI, with no Serial Number, from RESHAT ALKAYISI;

13.     1,277 rounds of 9mm ammunition, sized on or about July 8, 2021, from Building 4 at 2114 Plainfield Pike, Coventry, RI, with no Serial Number, from RESHAT ALKAYISI;

14.     A Century International Arms Rifle, Model M70AB26, 7.62x39mm caliber, S/N 711165, seized on or about July 8, 2021, from Building 4 at 2114 Plainfield Pike, Coventry, RI, from RESHAT ALKAYISI; and

15.     2,946 rounds of 7.62 caliber ammunition, seized on or about July 8, 2021, from Building 4 at 2114 Plainfield Pike, Coventry, RI, from RESHAT ALKAYISI.

                                      Respectfully submitted,

                                      JOSHUA S. LEVY
                                      Acting United States Attorney,


                            By:    */s/ Carol E. Head*
                                      ALATHEA E. PORTER
                                      CAROL E. HEAD
                                      Assistant United States Attorneys
                                      United States Attorney's Office
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3100
Date: February 23, 2024         Carol.Head@usdoj.gov

3