UNITED STATES DISTRICT COURT
for the District of Massachusetts

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 1:21-CR-10208-NMG-s
)
EDISON KLOTZ )
)

### MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, EDISON KLOTZ, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓) Disagreement on strategy;

( ) Failure to obtain a bail appeal;

(✓) Lack of understanding between me and my attorney;

(✓) Failure to present my best interests;

( ) Other:

① Failure to give me documentation!
lied about a so called plea-deal
I never had. For investigating in this
indictment.

Date: 5-1-2024

Respectfully submitted,
/s/ [signature]
Pro Se

26 Long Pond Road
Plymouth, MA 02360

*Motion denied.* S/NMGorton, USDJ 05/28/2024