UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | :   Case No.: 1:21-CR-10208-NMG-10 |
| | : |
| PATRICK O'HEARN | : |

## MOTION TO CONTINUE SENTENCING

Defendant, Patrick O'Hearn, by and through counsel, hereby petitions this Honorable Court to continue the sentencing currently scheduled for June 20, 2024, for a period of forty-five (45) days. As grounds, the Defense avers the following:

1. On September 1, 2021, Mr. O'Hearn was indicted with Conspiracy to Distribute and to Possess with Intent to distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine in violation of 21 U.S.C. § 846; Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); Money Laundering Conspiracy in violation of 18 U.S.C. § 1956(h); and Money Laundering in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

2. He was arraigned on September 13, 2021 and entered pleas of not guilty.

3. On March 12, 2024, Mr. O'Hearn changed his pleas to guilty to Counts 1, 3, and 6 of the indictment. The Court accepted his pleas and adjudged him guilty and scheduled his sentencing for June 20, 2024.

4. Mr. O'Hearn seeks a continuance to allow more time for sentencing preparation, and an anticipated hearing regarding the forfeiture allegations set forth in the indictment, as they relate to Mr. O'Hearn's financial assets, which the government alleges are traceable to criminal conduct.

5. The government is aware and assents to this continuance request.

6. Based upon the foregoing, Mr. O'Hearn asks that this motion be granted.

Respectfully submitted this 5th day of June 2024.

> Respectfully submitted,
> Defendant,
> PATRICK O'HEARN,
> By his Counsel
>
>
> /s/ Kensley R. Barrett
> Kensley R. Barrett, Esq. (BBO# 708764)
> Marin Barrett & Murphy, Inc.
> 1000 Chapel View Blvd, Suite 260
> Cranston, RI 02920
> Phone: (401) 228.8271
> Email: kb@marinbarrettmurphy.com

## CERTIFICATION

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 5, 2024.

> /s/ Kensley R. Barrett
> Kensley R. Barrett, Esq. (BBO# 708764)
> Marin Barrett & Murphy, Inc.
> 1000 Chapel View Blvd, Suite 260
> Cranston, RI 02920
> Phone: (401) 228.8271
> Email: kb@marinbarrettmurphy.com