UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 21-10208-NMGs |
| ) | |
| (9)   EDISON KLOTZ, ) | |
| Defendant ) | |

**ASSENTED-TO MOTION TO CONTINUE
SENTENCING HEARING TO AUGUST 2, 2024**

Now comes the United States, through undersigned counsel, and with the assent of the defendant respectfully requests that the Court continue the sentencing hearing for defendant Edison Klotz to August 2, 2024. As grounds therefore, the government states as follows:

1. On March 14, 2024, the defendant waived Indictment and pled guilty to Counts One and Two of a two-count Second Superseding Information, charging Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846 (Count One), and Distribution of and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Count Two). *See* ECF Dkt. 534.

2. On March 14, 2024, immediately following the guilty plea, the defendant was remanded to the custody of the United States Marshals Service. *See id.*

3. The Court set the defendant's sentencing hearing for June 28, 2024, during the change of plea hearing on March 14, 2024. *See id.*

4. On June 18, 2024, counsel for the defendant filed an assented-to motion to continue the sentencing hearing, noting that counsel needed additional time to obtain and review

mental health records of the defendant. *See* ECF Dkt. 617 (hereinafter, the "Motion to Continue").

5. On June 20, 2024, the Court allowed the Motion to Continue and reset the sentencing hearing for July 2, 2024. *See* ECF Dkt. 621.

6. Counsel for the defendant needs additional time to obtain and review the defendant's mental health records. Additionally, the undersigned counsel for the government is currently unavailable on July 2, 2024.

7. The parties have conferred with each other, as well as with the Court's courtroom clerk, and understand that all parties are available on August 2, 2024.

WHEREFORE, the government, with the assent of counsel for the defendant, request that the Court reset the sentencing hearing to be held on August 2, 2024.

                                    Respectfully submitted,

                                    JOSHUA S. LEVY
                                    Acting United States Attorney

By:   */s/ Alathea E. Porter*
       ALATHEA E. PORTER
       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 24, 2024.

                                    */s/ Alathea E. Porter*
                                      ALATHEA E. PORTER
                                      Assistant U.S. Attorney