UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| V. | * |
| | *   Case No. 1:21-CR-10208-NMG-9 |
| EDISON KLOTZ, | * |
|     Defendant | * |

## ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the Defendant, Edison Klotz, by and through counsel, Paul Garrity, and hereby moves this Court to continue the August 2, 2024 Sentencing Hearing to the morning of September 16, 2024.

In support of this Motion, the Defendant states as follows:

1. The Defendant is scheduled for an in-person Sentencing Hearing on August 2, 2024 at 11:30 a.m. with this Court.

2. However, the undersigned counsel requires additional time to meet with the Defendant at the Wyatt Detention Center to prepare for sentencing. The undersigned counsel's time has been restricted over the past several weeks due to preparing for and participating in an attempted murder trial in State Superior Court in the case of State v. Katon Lang.

3. In addition, on August 2, 2024, at 9:00 a.m. the undersigned counsel is scheduled for a Final Pre-Trial Hearing in the case of State v. Michael Noel at the Hillsborough County Superior Court North in Manchester NH. Mr. Noel is currently detained and scheduled for Trial commencing on August 19, 2024 on charges of being an Armed Career Criminal and Possession with Intent to Distribute. Pre-trial matters will be addressed at this Hearing and the

undersigned counsel is unsure as to the length of this Hearing. Preparing for this Hearing further limits the undersigned counsel's ability to meet with the Defendant and prepare for Sentencing.

4. That AUSA Alathea Porter has been contacted and assents to this within motion.

5. The undersigned counsel has consulted with this Court's Courtroom Deputy, Christine Lima, and has been informed that this Court would be available on the morning of September 16, 2024 for this Sentencing Hearing. The undersigned counsel has also informed that AUSA Alathea Porter would be available for Sentencing the morning of September 16, 2024

WHEREFORE, the Defendant, Edison Klotz, respectfully asks that this Honorable Court grant this Motion and continue the August 2, 2024 Sentencing Hearing to the morning of September 16, 2024.

Respectfully submitted
Edison Klotz,
By his Attorney,

Date:   July 30, 2024            /s/     Paul J. Garrity
                                 Paul J. Garrity, Bar No. 555976
                                 14 Londonderry Road
                                 Londonderry, NH 03053
                                 603-434-4106
                                 garritylaw@myfairpoint.net


**CERTIFICATE OF SERVICE**

I, Paul J. Garrity, herein certify that on this 30th day of July, 2024, a copy of the within Motion was e-filed for all parties involved and sent to Edison Klotz.

Date: July 30, 2024              /s/     Paul J. Garrity
                                         Paul J. Garrity