UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.  Docket No. 21-cr-10208-NMG

RESHAT ALKAYISI

**Defendant's Motion to Allow Expert Witness at Sentencing**

The defendant, Reshat Alkayisi moves this Honorable Court that he be allowed to call an expert witness at the sentencing hearing. Defendant further moves that this witness be allowed to testify via Zoom.

The defendant pleaded guilty to Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances (Count 1ss); Possession of a Firearm in furtherance of a Drug Trafficking Offense (Count 2ss); Money Laundering Conspiracy (Count 3ss); and Money Laundering (Counts 4ss-5ss). The case is currently set for sentencing on August 14, 2024.

Defendant has retained an expert witness, Timothy W. Fong, of the Semel Institute of Neuroscience and Human Behavior at UCLA David Geffen School of Medicine in Los Angeles, California, to testify regarding Mr. Alkayisi's gambling addiction and what role it played in his committing the offenses. This is critical and relevant to defendant's sentencing argument

1

under 18 U.S.C. § 3553(a)(1) (the nature and circumstances of the offense and the history and character of the defendant).

Defendant proposes, with Mr. Alkayisi's permission, to have Dr. Fong testify via Zoom in order to save CJA costs.

RESHAT ALKAYISI
By his attorney

/s/ Mark W. Shea                                    Dated:  August 5, 2024
Mark W. Shea
Shea and LaRocque
929 Massachusetts Ave., Suite 200
Cambridge, MA 02139
(617) 577-8722
markwshea@shearock.com

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 5, 2024.

/s/ Mark W. Shea
MARK W. SHEA

2