UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) | CRIMINAL ACTION |
| ) | CASE # 21-10208-NMG |
| v. ) |  |
| ) |  |
| ERIC DANEAULT ) |  |
| ) |  |

## DEFENDANT'S MOTION AND NOTICE A FOR DOWNWARD DEPARTURE/VARIANCE IN SUPPORT OF NON-GUIDELINE SENTENCE

Now comes the defendant, Eric Daneault , in the above-numbered indictment and respectfully serves notice pursuant to the *Court's Procedural Order Regarding Sentencing at ¶10 Counsel's Obligations Concerning Hearing* (DOCUMENT 458) Of the following;

a. The defendant will seek a departure from the applicable guideline range and will move for a non-guideline sentence,

b. There are no legal issues not adequately addressed in the presentence report or not addressed at all,

c. There are no contested factual issues requiring an evidentiary hearing.

Undersigned counsel reserves the right to file a sentencing and departure/variance memorandum in support of a non-guideline sentence stating the specific reasons.

Defendant, by his attorney,
/s/ *Carlos J. Dominguez*
Carlos J. Dominguez
90 Canal Street
Suite 400
Boston, MA 02114
(617) 742-2824
BBO # 567005                                    Date: August 6, 2024

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and exact copy of the foregoing document was served this 6th day of August, 2024 via ECF Filing System to all interested parties.

                               /s/ *Carlos J. Domínguez*
                               CARLOS DOMINGUEZ