UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                                                 Docket No. 21-cr-10208-NMG

RESHAT ALKAYISI

**Defendant's Motion to Allow Expert Witness at Sentencing**

The defendant, Reshat Alkayisi moves this Honorable Court that he be allowed to call an expert witness at the sentencing hearing. Defendant further moves that this witness be allowed to testify via Zoom.

The defendant pleaded guilty to Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances (Count 1ss); Possession of a Firearm in furtherance of a Drug Trafficking Offense (Count 2ss); Money Laundering Conspiracy (Count 3ss); and Money Laundering (Counts 4ss-5ss). The case is currently set for sentencing on August 14, 2024.

Defendant has retained an expert witness, Timothy W. Fong, of the Semel Institute of Neuroscience and Human Behavior at UCLA David Geffen School of Medicine in Los Angeles, California, to testify regarding Mr. Alkayisi's gambling addiction and what role it played in his committing the offenses. This is critical and relevant to defendant's sentencing argument

*Motion denied; defendant may submit a report by the expert for consideration by the Court.*

*NMGorton, USDJ 08/09/2024*