UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>JAMES HOLYOKE          ) | Crim **No. 21-cr-10208-NMG** |

**DEFENDANT'S ASSENTEND TO MOTION TO CONTINUE SENTENCING**

Now comes the defendant, James Holyoke who respectfully moves this Honorable Court to continue his sentencing from September 12, 2023 to October 23 or 24, 2024.  This Government, having been advised of this request, has assented thereto.

As reasons therefor, the parties recently received notice from Probation about a material recalculation of the defendant's sentencing guidelines relative to career offender.  The defendant and his counsel need to review the basis of probation's recalculation and to respond accordingly, if appropriate.  The defense has consulted with the Government about this request, and the Government has assented thereto.

WHEREFOR, the defendant moves to continue his sentencing from September 12, 2024 to October 23 or 24, 2024, and for such other and further relief as to this Court deems just and proper.

Respectfully Submitted,<br>
James Holyoke<br>
By his counsel,

Date: 09/09/2024                              /s/ Vivianne Jeruchim_____
                                              Vivianne Jeruchim, Esq.
                                              BBO #547598

                                       **Jeruchim & Davenport, LLP**
                                       50 Congress St., Suite 615
                                       Boston, MA  02109
                                       617/720-6047

## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participant on September 9, 2024

Date: 09/09/2024                                       /s/ Vivianne Jeruchim_____