UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
v.                                  )   Crim **No. 21-cr-10208-NMG**
                                    )
JAMES HOLYOKE                       )

## DEFENDANT'S ASSENTEND TO MOTION TO CONTINUE SENTENCING

Now comes the defendant, James Holyoke who respectfully moves this Honorable Court to continue his sentencing from September 12, 2023 to October 23 or 24, 2024. This Government, having been advised of this request, has assented thereto.

As reasons therefor, the parties recently received notice from Probation about a material recalculation of the defendant's sentencing guidelines relative to career offender. The defendant and his counsel need to review the basis of probation's recalculation and to respond accordingly, if appropriate. The defense has consulted with the Government about this request, and the Government has assented thereto.

WHEREFOR, the defendant moves to continue his sentencing from September 12, 2024 to October 23 or 24, 2024, and for such other and further relief as to this Court deems just and proper.

Respectfully Submitted,
James Holyoke
By his counsel,

Date: 09/09/2024

/s/ Vivianne Jeruchim
Vivianne Jeruchim, Esq.
BBO #547598

Motion allowed, in part, and denied, in part. Sentencing is rescheduled for Thursday, Oct 24, 2024, at 3:00 PM.

NMGorton, USDJ 09/10/2024