UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V. | * |
| | *   Case No. 1:21-CR-10208-NMG-9 |
| EDISON KLOTZ, | * |
| Defendant | * |

## ASSENTED TO MOTION TO AMEND JUDGMENT

NOW COMES the Defendant, Edison Klotz, by and through counsel, Paul Garrity, and hereby moves this Court to amend the judgment issued in this case.

In support of this Motion, the Defendant states as follows:

1. The Defendant was sentenced on September 16, 2024 by Judge Gorton.

2. The requested amendment is that the court include a judicial recommendation to the Bureau of Prisons of imprisonment FCI Fort Devons based on the Defendant's medical issues.

3. That AUSA Alathea Porter has been contacted and assents to this within motion.

WHEREFORE, the Defendant, Edison Klotz, respectfully asks that this Honorable Court grant this Motion and grant such other and further relief as may be just.

Respectfully submitted
Edison Klotz,
By his Attorney,

Date:  September 19, 2024

/s/   Paul J. Garrity
Paul J. Garrity, Bar No. 555976
14 Londonderry Road
Londonderry, NH 03053
603-434-4106

*Motion allowed. /s/ NMGorton, USDJ 10/02/2024*