# United States Court of Appeals
## For the First Circuit

No. 24-2033

UNITED STATES,

Appellee,

v.

PATRICK O'HEARN,

Defendant - Appellant.

**JUDGMENT**

Entered: March 24, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Carol Elisabeth Head
Donald Campbell Lockhart
Katherine H. Ferguson
Alathea E. Porter
John L. Calcagni III
Kensley R. Barrett