```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


  _____

   UNITED STATES OF AMERICA,

          Plaintiff,                    Criminal Action No.
                                         1:21-cr-10208-NMG-8
     v.

  EMIL DZABIEV,

          Defendant.

  _____


     BEFORE THE HONORABLE JUDITH G. DEIN, MAGISTRATE JUDGE

                       INITIAL APPEARANCE



                Monday, September 13, 2021
                        11:37 a.m.
```

John J. Moakley United States Courthouse
Via Videoconference
One Courthouse Way
Boston, Massachusetts


Rachel M. Lopez, CRR
Official Court Reporter
raeufp@gmail.com

```
 1                        A P P E A R A N C E S
 2
       On behalf of the Plaintiff:
 3
           UNITED STATES ATTORNEY'S OFFICE - MASSACHUSETTS
 4         BY:   ALATHEA E. PORTER
           John Joseph Moakley Courthouse
 5         One Courthouse Way, Suite 9200
           Boston, Massachusetts  02210
 6         (617) 748-3318
           alathea.porter@usdoj.gov
 7

 8
       On behalf of the Defendant:
 9
           LAW OFFICES OF STANLEY W. NORKUNAS
10         BY:   STANLEY W. NORKUNAS
           11 Kearney Square
11         Howe Building, Suite 202
           Lowell, Massachusetts  01852
12         (978) 454-7465
           attyswn@msn.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

**P R O C E E D I N G S**

(In open court.)

THE DEPUTY CLERK: The United States District Court for the District of Massachusetts is now in session, on September 13th, the year 2021, in the matter of the United States of America versus Emil Dzabiev, criminal case number 2021-10208.

This is a general reminder that all persons granted remote access to today's court proceedings are reminded of the general prohibition against photographing, recording, and/or rebroadcasting of today's court proceedings.

Could counsel and probation please identify themselves for the record.

MS. PORTER: Good morning, Your Honor, Alathea Porter on behalf of the United States.

MR. NORKUNAS: Good morning, Your Honor, Stanley Norkunas, on behalf of my client, Mr. Dzabiev -- I mispronounced that, I think.

THE PROBATION OFFICER: Good morning, Your Honor, Doris Bello for United States Probation.

THE COURT: Good morning, everyone.

So Mr. -- I'll say it "Dzabiev"; is that correct?

MR. DZABIEV: "Dzabiev." Close enough.

THE COURT: Okay. Mr. Dzabiev, you do have the right to an in-person proceeding today. We are proceeding by

way of Zoom for health and safety reasons.

Do I have your consent to proceed by way of Zoom today?

MR. DZABIEV: Yes, you do.

THE COURT: And to the Government, in compliance with the Due Process Protection Act, the Court issues the following order:

Consistent with *Brady v. Maryland* and its progeny, the United States is ordered to disclose all exculpatory information in a timely manner to the defendant. This information includes, but is not limited to, evidence that is material and disfavorable to the accused. Specific categories of exculpatory evidence that must be provided to the defense are set out in Local Rule 116.2.

The failure to discharge this obligation may result in consequences, including the reversal of any conviction, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court.

Now, I know you did have an appearance already in Maine. I just want to confirm that you understand your rights in this matter. Okay? You do have the right to remain silent. You do not have to make a statement, and anything do you say may be used against you. If you choose to make a statement or to answer any questions, you may stop

1  answering at any time if you change your mind.
2           You also have the right to be represented by an
3  attorney at any critical stage of the proceedings against
4  you.  You may consult with an attorney before you are asked
5  any questions, and you may have an attorney present while you
6  are questioned.  If you cannot afford an attorney, counsel
7  will be appointed for you without charge.
8           Do you understand your rights as I've explained
9  them?
10          MR. DZABIEV:  I do.
11          THE COURT:  And I understand you have privately
12 retained counsel; is that correct?
13          MR. DZABIEV:  I did.  Yes.  Yes, Your Honor.
14          THE COURT:  I'm going to ask the Government to
15 review the charges and state the maximum potential penalties,
16 and then I guess for our records, as well, state the
17 Government's position on detention.
18          MS. PORTER:  Yes, Your Honor.
19          The defendant has been charged in Count 1 of the
20 superseding indictment, which charges conspiracy to
21 distribute and to possess with intent to distribute
22 500 grams, or more, of a mixture and substance containing
23 methamphetamine, in violation of Title 21, United States
24 Code, Section 846.
25          The maximum penalties for that offense are a

1   mandatory minimum term of imprisonment of ten years and a
2   maximum of life; a fine up to $10 million; a term of
3   supervised release of not less than five years, and up to
4   life; and a special assessment of $100.
5           And Your Honor, the Government is moving for
6   detention in this case.  I believe detention has already been
7   ordered by the District of Maine; that continues to be the
8   Government's position, both under Title 18, United States
9   Code, Section 3142(f)(1)(B) and 3142(f)(1)(C), as well as
10  risk of flight, under 3142(f)(2)(A).
11          THE COURT:  Mr. Norkunas, are you prepared to go
12  forward with an arraignment today?
13          MR. NORKUNAS:  Yes, we are, Your Honor.  I have
14  gone over the indictment, both the original indictment and
15  the superseding indictment, at Wyatt, with my client.
16          THE COURT:  So Mr. Dzabiev -- is that correct?
17          MR. DZABIEV:  Yeah, you got it right.
18          THE COURT:  All right.
19          Have you had an opportunity to review the
20  superseding indictment with your attorney?
21          MR. DZABIEV:  Yes, I did.
22          THE COURT:  And are you prepared to enter a plea of
23  not guilty today?
24          MR. DZABIEV:  Yes, I am.
25          THE COURT:  Do you waive the reading of the

```
 1    indictment out loud?
 2              MR. DZABIEV:  Yes.
 3              THE COURT:  Mr. Quinn, would you please take his
 4    plea.
 5              THE DEPUTY CLERK:  Certainly, Your Honor.
 6              In the matter of the United States of America
 7    versus Emil Dzabiev, criminal case number 2021-10208, in a
 8    multicount superseding indictment, Count 1 charges you with
 9    conspiracy to distribute and to possess with intent to
10    distribute 100 grams, or more, of a mixture and substance
11    containing methamphetamine, in violation of Title 21, United
12    States Code, Section 846.
13              Mr. Dzabiev, how do you plead to Count 1?  Guilty
14    or not guilty?
15              MR. DZABIEV:  Not guilty.
16              THE COURT:  When will automatic discovery be
17    produced?
18              MS. PORTER:  Your Honor, some automatic discovery
19    has been produced, and the remainder expected to be produced
20    within the next week or so.
21              THE COURT:  So you want until the 28th?
22              What's the next date?
23              MS. PORTER:  We don't have one yet, Your Honor.
24    We're scheduled for a status conference, actually, in just
25    another 15 minutes with the remaining defendants.  The
```

1  Government had filed a joint status report, which related to
2  the original indictment.  There's some additional discovery,
3  which we are working on producing, to get it all to everyone
4  at once.  So we don't have a further status date yet.
5          THE COURT:  So why don't we say September 28th for
6  the automatic discovery.  All right.  So that's two weeks?
7          MS. PORTER:  That's fine, Your Honor.  Thank you.
8          THE COURT:  And then we'll set the initial
9  status -- let's --
10         I think you asked for 60 days; is that right?
11         MS. PORTER:  That's right, Your Honor.  Just --
12 there's a lot of discovery for the defendants to get through.
13         THE COURT:  So let's set something the week of
14 September -- November 15th.  And then if it doesn't work out,
15 we'll be in touch.  And we'll put all the defendants on the
16 same schedule.
17         MS. PORTER:  Okay.  And the Government will file a
18 status report a week prior to that.
19         THE COURT:  So Tom, what do you think works?
20         THE DEPUTY CLERK:  I'm flipping the schedule now,
21 Your Honor, hang on.  Okay.  We're looking for the week of
22 November 15th?
23         THE COURT:  Yeah.  Actually, it may need to be a
24 little later than that.
25         THE DEPUTY CLERK:  Okay.  Do you want the following

```
 1  week?
 2          THE COURT:  Am I supposed to be in hearings all
 3  that week?
 4          THE DEPUTY CLERK:  I don't see any notations --
 5  well, yeah, actually, there's something starting -- yeah, I
 6  think we have to check the calendar.
 7          THE COURT:  Right.  How about the 29th or 30th?
 8  How do those look?
 9          THE DEPUTY CLERK:  We could tentatively set a date
10  for November 22nd, which is a Monday.
11          THE COURT:  The 22nd, at 10:00?
12          THE DEPUTY CLERK:  Yes, please.
13          THE COURT:  And I'll exclude through then.
14          All right.  And on the issue of detention, that has
15  been decided.  That hearing has been completed.
16          Mr. Norkunas, anything else from the defendant?
17          MR. NORKUNAS:  Not at this time, Judge.  I did --
18  and just more for his benefit, I told him that if there were
19  substantial changes under the statute, then he can always
20  move again for a detention hearing.
21          THE COURT:  Correct.
22          So you are being detained as ordered in the State
23  of Maine, and this Court adopts that order.  If there is
24  basis, after you consult with your counsel, to have this
25  Court reconsider that, you can file an appropriate motion,
```

```
 1      and I'll address it at that time.
 2                MR. NORKUNAS:  Thank you, Judge.
 3                MR. DZABIEV:  Thank you, Your Honor.
 4                THE COURT:  Anything further, then, on this matter?
 5                MR. NORKUNAS:  No, Judge.
 6                MS. PORTER:  No, Your Honor.
 7                THE COURT:  Okay.  Thank you.
 8                THE DEPUTY CLERK:  Court is in recess.
 9                (Court in recess at 11:46 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF OFFICIAL REPORTER**

I, Rachel M. Lopez, Certified Realtime Reporter, in and for the United States District Court for the District of Massachusetts, do hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing pages are a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 4th day of September, 2025.

/s/ RACHEL M. LOPEZ

_____
Rachel M. Lopez, CRR
Official Court Reporter