# United States Court of Appeals
## For the First Circuit

———————————

No. 24-1885

UNITED STATES,

Appellee,

v.

EDISON KLOTZ,

Defendant - Appellant.

———————————

Before

Gelpí, Montecalvo, and Dunlap,
<u>Circuit Judges</u>.

———————————

**JUDGMENT**

Entered: June 1, 2026

Defendant's counsel on appeal seeks to withdraw and has submitted a brief compliant with the tenets of <u>Anders</u> v. <u>California</u>, 386 U.S. 738 (1967). Defendant did not submit a pro se brief.

After careful review of the brief, the underlying record including the presentence report, transcripts, and sentencing memoranda, we agree that the appeal presents no non-frivolous or colorable issues.

Accordingly, counsel's motion to withdraw is granted and the judgment of the district court is summarily affirmed. <u>See</u> 1st Cir. L.R. 27.0(c) and 46.6(c)(4).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Paul J. Garrity, Edison Klotz, Donald Campbell Lockhart, Katherine H. Ferguson, Alathea E. Porter